

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CENTRAL BOAT RENTALS, INC., | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| RANGER OFFSHORE, INC., EPIC | ) | |
| COMPANIES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

### Summons in a Civil Action

To: (*Defendant's name and address*)

**EPIC COMPANIES, LLC**
**CORPORATION SERVICE COMPANY**
**251 LITTLE FALLS DRIVE, WILMINGTON, DE  19808**

NOTE: A separate summons must be
         prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael L. Jackson, Ben B. Robinson, Wallace, Jordan, Ratliff & Brandt, L.L.C., P.O. Box 530910, Birmingham, Alabama 35253 and J. Stephen Simms, Simms Showers LLP
201 International Circle, Suite 250, Baltimore, Maryland 21030

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

DATE: 2/4/19

SHARON N. HARRIS, CLERK

By:
    Deputy Clerk
    (SEAL OF COURT)

SEE REVERSE SIDE FOR RETURN

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CENTRAL BOAT RENTALS, INC., | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| RANGER OFFSHORE, INC., EPIC COMPANIES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

Summons in a Civil Action

To: *(Defendant's name and address)*

**RANGER OFFSHORE, INC.
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST, WILMINGTON, DE 19801**

NOTE: A separate summons must be prepared for each defendant.

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michael L. Jackson, Ben B. Robinson, Wallace, Jordan, Ratliff & Brandt, L.L.C., P.O. Box 530910, Birmingham, Alabama 35253 and J. Stephen Simms, Simms Showers LLP
201 International Circle, Suite 250, Baltimore, Maryland 21030

If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DATE: 2/4/19

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203