## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CENTRAL BOAT RENTALS, INC.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:19-cv-00173-RDP** |
| | } | |
| **RANGER OFFSHORE, INC., et al.,** | } | |
| | } | |
| **Defendants and Garnishee.** | } | |

## ORDER

This case is **SET** for a status conference in the chambers of the undersigned on **Monday, May 6, 2019 at 2:30 pm CT**. Out-of-town counsel for Plaintiff may participate in the conference via telephone and is **DIRECTED** to dial-in to the conference by calling 866-434-5269 at the scheduled time. The access code is 6022965.

In light of the overlapping interpleader action referenced in the parties' motion to stay (Doc. # 23), counsel should be prepared to discuss whether this action should be transferred to the Eastern District of Louisiana pursuant to 28 U.S.C. § 1404(a).

**DONE** and **ORDERED** this April 15, 2019.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE